# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

CORIANO GARCIA, JOSE DAVID
xxx-xx-5834

DEBTOR

CASE NO. 24-03136/ESL

CHAPTER 13

## DEBTOR'S MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE OF FUNDS FROM 2025 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, JOSE DAVID CORIANO GARCIA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated October 03, 2024, provides that the Debtor's tax refund will be paid into the Plan. See: (Docket No. 18).

2. The Debtor received the 2025 tax refund in the sum of $687.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2025 tax refund on April 9, 2026, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that he will use these funds to pay for 2026 car registration (DTOP /"marbete") and medical expenses. Attached is a copy of estimate/invoice.

4. The Debtor will pay to the Trustee the unused portion or balance in the sum of $162.00 to fund the confirmed Plan.

5. The Debtor needs to use the funds from the 2025 "tax refund" to pay for this reasonable expense. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $200.00.

6. The Debtor respectfully requests that once the Trustee receives and applies the aforementioned amount of $162.00 the confirmed Plan base to increase to $20,250.78 and the Plan base to be deemed amended for said amount.

7. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2025 tax refund by the Debtor in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Jose David Coriano Garcia, to the address of record: Urb Bonneville Terrace A-32, 2nd Street, Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of April, 2026.

/s/***Roberto Figueroa Carrasquillo***
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726-0186
TEL 787-744-7699/ 787-963-7699
EMAIL: rfc@rfigueroalaw.com

# $687.00

EFT Deposit

THURSDAY, APRIL 9, 2026

| | |
|---|---|
| Merchant | DEPT DE HACIENDA REINTEGROS |
| Reference | XXXXXXXXXXXX7648 |

Verifique la cubierta seleccionada sea la correcta

## 2021 HYUNDAI TUCSON SE
Tablilla: ▇149



## Cubierta seleccionada

$**50**

ANUAL

**PLUS**



**Cambiar Cubierta**

## Costo total de renovación

| | |
|---|---|
| DERECHOS ANUALES | $44.00 |
| SEGURO OBLIG | $99.00 |
| ACAA PLUS | $50.00 |
| LEY NÚM. 24-2017 | $2.00 |

**IMPORTE TOTAL** $195.00